**United States Bankruptcy Court**
**Southern District of Ohio**

**IN RE:**                                                          Case No. **2:10-bk-62469**

**Hunter, Rollin Omar**                                            Chapter **7**

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **October 20, 2010**          Signature: */s/ Rollin Omar Hunter*
                                                **Rollin Omar Hunter**                                    Debtor

Date: _____          Signature: _____
                                                                                    Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only