Form a0ogrffy

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215−2414**

In Re:  Rollin Omar Hunter

Case No.: 2:10−bk−62469

Chapter:  7

        Debtor(s)

SSN/TAX ID:
     xxx−xx−3866

Judge:  John E. Hoffman Jr.

**ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS**

    The Debtor having applied for authority to pay the filing fee in installments, it is ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$29.00 remitted with application;

$90.00  on or before November 30, 2010;

$90.00  on or before January 9, 2011;

$90.00  on or before February 17, 2011.

    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Dated: October 21, 2010

                                 John E. Hoffman Jr.
                                 United States Bankruptcy Judge

Copies to:
    Debtor(s)
    Debtor's(s') Attorney
    Trustee
    U.S. Trustee

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Oct 23, 2010.
db          +Rollin Omar Hunter,   351 Heatherbridge Lane,   Blacklink, OH 43004-9277

The following entities were noticed by electronic transmission.
NONE.                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 23, 2010                    Signature:    _Joseph Speetjens_