Form a0nopymt

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215−2414**

---

In Re: Rollin Omar Hunter                          Case No.: 2:10−bk−62469

        Debtor(s)                          Chapter: 7

SSN/TAX ID:
    xxx−xx−3866                          Judge: John E. Hoffman Jr.

---

**Notice of Overdue Installment Payment**

On October 21, 2010, an Order Approving Payment of Filing Fees in Installments was entered in this case. After a review of the case, it appears that the payment scheduled to be made on January 9, 2011, has not been remitted.

Notice is hereby given that, if this outstanding payment is not received by the Clerk's Office on or before January 27, 2011 your case will be dismissed.

Dated: January 13, 2011

                                            FOR THE COURT:
                                            Kenneth Jordan
                                            Clerk, U.S. Bankruptcy Court